# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KEVIN W. BANKS,<br>Petitioner,<br><br>vs.<br><br>WARDEN, MADISON<br>CORRECTIONAL FACILITY,<br>Respondent. | Case No. 1:18-cv-863<br><br>Black, J.<br>Litkovitz, M.J.<br><br>**ORDER OF TRANSFER** |

Petitioner, an inmate at the Southern Ohio Correctional Facility, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). It appears from the face of the petition that petitioner is challenging his conviction by the state court located in Medina County, Ohio. (*See* Doc. 1-1, Petition at PageID 1).

This District has concurrent jurisdiction with the Northern District of Ohio to review petitioner's application for a writ of habeas corpus. *See* 28 U.S.C. § 2241(d). Local Rule 82.1, S.D. Ohio Civ. R., provides: "A habeas corpus action shall be filed at the location of Court which serves the county in which the state court judgment which is the subject of the habeas petition was filed." *See* S.D. Ohio Civ. R. 82.1(f). In the furtherance of justice and pursuant to 28 U.S.C. § 2241(d) and S.D. Ohio Civ. R. 82.1(f), it is hereby **ORDERED** that this case be **TRANSFERRED** to the Northern District of Ohio, Eastern Division, for all further proceedings.

**IT IS SO ORDERED**.

Date: 12/11/18

Karen L. Litkovitz
United States Magistrate Judge